# EXHIBIT A

Roberts Warehousing, Inc
501 Rt 89
North East, PA 16428

Earnings Statement

John D Howser        Employee Number    366      Department    030

| | | | | | |
|---|---|---|---|---|---|
| Check Date: | | | | | March 01, 2013 |
| Period Beginning: | | | | | February 18, 2013 |
| Period Ending: | | | | | February 24, 2013 |
| Check Number | | | | | 28103 |
| Net Pay | | | | | 444.95 |
| Check Amount | | | | | 444.95 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Bonus | 0.00 | | 72.00 | | 387.00 |
| Regular | 12.00 | 40.00 | 480.00 | 302.50 | 3598.38 |
| Overtime | 18.00 | 5.50 | 99.00 | 7.75 | 139.50 |
| Holiday | | | | 24.00 | 276.00 |
| Vacation | | | | | 297.00 |
| Total Gross Pay | | 45.50 | 651.00 | 334.25 | 4697.88 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 651.00 | 9.44 | 68.12 |
| OASDI | | 651.00 | 40.36 | 291.27 |
| PA SUI - EE | | 651.00 | 0.46 | 3.29 |
| PA Local EIT | | 651.00 | 6.51 | 46.98 |
| PA Local LST | | 651.00 | | 10.00 |
| Pennsylvania SITW | | 651.00 | 19.99 | 144.24 |
| Federal Income Tax | M/1 | 651.00 | 45.29 | 267.77 |
| Total Tax Withholding | | | 122.05 | 831.67 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| SUPT | 84.00 | 756.00 |
| Total Deductions | 84.00 | 756.00 |

---

Roberts Warehousing, Inc
501 Rt 89
North East, PA 16428

Earnings Statement

John D Howser        Employee Number    366      Department    030

| | | | | | |
|---|---|---|---|---|---|
| Check Date: | | | | | April 26, 2013 |
| Period Beginning: | | | | | April 15, 2013 |
| Period Ending: | | | | | April 21, 2013 |
| Check Number | | | | | 29737 |
| Net Pay | | | | | 500.95 |
| Check Amount | | | | | 500.95 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 12.00 | 40.00 | 480.00 | 576.75 | 6889.38 |
| Overtime | 18.00 | 8.25 | 148.50 | 30.00 | 540.00 |
| Bonus | 0.00 | | 99.00 | | 1041.00 |
| Holiday | | | | 24.00 | 276.00 |
| Vacation | | | | | 297.00 |
| Total Gross Pay | | 48.25 | 727.50 | 630.75 | 9043.38 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 727.50 | 10.55 | 131.13 |
| Medicare - Additional | | 727.50 | | |
| OASDI | | 727.50 | 45.11 | 560.69 |
| PA SUI - EE | | 727.50 | 0.51 | 6.33 |
| PA Local EIT | | 727.50 | 7.28 | 90.44 |
| PA Local LST | | 727.50 | | 10.00 |
| Pennsylvania SITW | | 727.50 | 22.33 | 277.64 |
| Federal Income Tax | M/1 | 727.50 | 56.77 | 538.03 |
| Total Tax Withholding | | | 142.55 | 1614.26 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| SUPT | 84.00 | 1428.00 |
| Total Deductions | 84.00 | 1428.00 |

Roberts Warehousing, Inc
5501 Rt 89
North East, PA 16428

Earnings Statem

John D Howser     Employee Number   366     Department   030

Check Date:        March 15,
Period Beginning:  March 04,
Period Ending:     March 10,
Check Number              21
Net Pay                   47
Check Amount              47

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Bonus | 0.00 | | 99.00 | | 585.00 |
| Regular | 12.00 | 40.00 | 480.00 | 378.75 | 4513.38 |
| Overtime | 18.00 | 6.00 | 108.00 | 13.75 | 247.50 |
| Holiday | | | | 24.00 | 276.00 |
| Vacation | | | | | 297.00 |
| **Total Gross Pay** | | 46.00 | 687.00 | 416.50 | 5918.88 |

| Taxes | Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| Medicare | | 687.00 | 9.96 | |
| OASDI | | 687.00 | 42.59 | |
| PA SUI - EE | | 687.00 | 0.48 | |
| PA Local EIT | | 687.00 | 6.87 | |
| PA Local LST | | 687.00 | | |
| Pennsylvania SITW | | 687.00 | 21.09 | |
| Federal Income Tax | M/1 | 687.00 | 50.69 | |
| **Total Tax Withholding** | | | 131.68 | 10 |

| Deductions | Amount | YTD |
|---|---|---|
| SUPT | 84.00 | 9 |
| **Total Deductions** | 84.00 | 9 |